UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXTERA ENERGY MARKETING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> EAST COAST POWER & GAS, LLC, <br><br> Defendant. | Case No.: 1:20-CV-07075-JPO <br><br> **DEFAULT JUDGMENT** |

This action having been commenced on August 31, 2020, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant East Coast Power & Gas, LLC ("**ECPG**"), on September 2, 2020, by personally delivering and leaving with Heather McNeil, the Executive Assistant to the CEO of ECPG, who advised the process server that she was authorized to accept service on behalf of ECPG, the Summons and Complaint (with Exhs. A-F), the ECF Rules of Court, and the Rules of Judge J. Paul Oetken, and proof of service by the process server having been filed on September 11, 2020, and ECPG not having appeared in this action nor answered or moved with respect to the Complaint, and the time for answering or moving with respect to the Complaint having expired, it is:

ORDERED, ADJUDGED AND DECREED: That Plaintiff NextEra Energy Marketing, LLC have judgment against defendant East Coast Power & Gas, LLC in the liquidated amount of $399,118.87, plus interest at 9% *per annum* from June 3, 2020, for a total as of October 8, 2020 of $411,616.94, plus costs and disbursements of this action in the amount of $566.59, amounting in all to $412,183.53.

Dated: New York, New York
      October 20, 2020

_____
J. PAUL OETKEN
United States District Judge